FILED IN CHAMBERS
U.S.D.C. Atlanta

SEP 3 0 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAN ANGHEL, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> EBIX, INC., ROBIN RAINA, and ROBERT KERRIS, <br><br> Defendants. | Civil Action No. 1:11-CV-02400-RWS |

## [PROPOSED] CONSENT ORDER

WHEREAS, on July 21, 2011, Plaintiff Dan Anghel (the "Plaintiff") filed the above-captioned action on behalf of himself and all other persons similarly situated against Ebix, Inc., Robin Raina, and Robert F. Kerris (the "Defendants") asserting claims pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act");

WHEREAS, based on the Waiver of Service of Summons filed August 4, 2011 (Docket Entry No. 3) and pursuant to Fed. R. Civ. P. 4(d), Defendants are presently required to move, answer, or otherwise respond to the Complaint on or before October 3, 2011;

WHEREAS, on July 14, 2011, James Matessino filed an action in the

United States District Court for the Southern District of New York on behalf of the same putative class, premised upon the same allegations, and purporting to assert the same claims pursuant to Sections 10(b) and 20(a) of the Exchange Act against the same set of Defendants. *James Matessino v. Ebix, Inc., Robin Raina, and Robert F. Kerris*, No. 11-CV-4864-JSR (S.D.N.Y. filed July 14, 2011) (the "*Matessino* action");

WHEREAS, on September 12, 2011, Plaintiff filed a Motion for Appointment as Lead Plaintiff and For Approval of his Selection of Lead Counsel and Liaison Counsel (Docket Entry No. 11), which is currently pending before this Court;

WHEREAS, on September 12, 2011, James Matessino filed a Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel in the *Matessino* action;

WHEREAS, James Matessino has withdrawn his Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel and supports the application of Dan Anghel for appointment of Lead Plaintiff and Dan Anghel's selection of Lead Counsel and Liaison Counsel;

WHEREAS, Dan Anghel has the only pending lead plaintiff and lead counsel motion before this Court;

WHEREAS, on September 19, 2011, the Court in the *Matessino* action entered a Consent Order to Transfer Venue Pursuant to 28 U.S.C. § 1404, which transferred the *Matessino* action to the United States District Court for the Northern District of Georgia for further coordinated proceedings with the present action, and is now styled *Matessino v. EBIX, Inc., et al.*, Civil Action No. 1:11-cv-03269-SCJ and is assigned to The Honorable Steve C. Jones;

WHEREAS, the parties anticipate filing a Consent Order in the *Matessino* action to transfer it to the Honorable Richard W. Story and jointly moving for the consolidation of the *Anghel* and *Matessino* actions;

WHEREAS, the parties anticipate that a Consolidated Amended Complaint will be filed following the consolidation of the actions and the Court's appointment of a lead plaintiff;

WHEREAS, the establishment of a schedule for the filing of certain pleadings, pretrial motions, and related matters will promote the efficient conduct of this litigation; and

WHEREAS, the parties have conferred and agreed to the following terms;

IT IS HEREBY ORDERED, as follows:

1. Within forty-five (45) days from the entry of an Order, pursuant to 15 U.S.C. § 78u-4(a)(3)(B), appointing a lead plaintiff and his selection of lead counsel and liaison counsel, Lead Plaintiff and Lead Plaintiff's Co-Counsel shall

serve a Consolidated Amended Complaint. The Consolidated Amended Complaint shall serve as the operative Complaint in this action and shall supersede any other Complaints filed in and/or transferred to this Court as part of this action. Defendants are not required to move, answer, or otherwise respond to any of the Complaints currently on file.

2. Defendants shall have forty-five (45) days after service of the Consolidated Amended Complaint to move, answer, or otherwise respond to Lead Plaintiff's Consolidated Amended Complaint;

3. If any Defendants move to dismiss the Consolidated Amended Complaint, the following deadlines shall apply --

    (a) Lead Plaintiff shall have thirty-five (35) days after service of Defendants' Motion to Dismiss within which to serve any opposition to Defendants' Motion to Dismiss; and,

    (b) Defendants shall have twenty-five (25) days after service of Plaintiff's opposition within which to serve any reply in further support of their Motion to Dismiss.

SO ORDERED, this 30th day of September, 2011.

*[signature]*

Richard W. Story
United States District Judge

Consented to:

DATED: September 30, 2011        **HOLZER, HOLZER & FISTEL, LLC**

*[signature: Michael Fistel, Jr. by express permission]*

COREY D. HOLZER
Georgia Bar No. 364698
MICHAEL I. FISTEL, JR.
Georgia Bar No. 262062
MARSHALL P. DEES
Georgia Bar No. 105776
WILLIAM W. STONE
Georgia Bar No. 273907
200 Ashford Center North
Suite 300
Atlanta, Georgia 30338
Tel: 770-392-0090
Fax: 770-392-0029

[Proposed] Liaison Counsel for Dan Anghel


**FARUQI & FARUQI, LLP**
ANTONIO VOZZOLO
RICHARD GONNELLO
369 Lexington Ave., 10th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331

[Proposed] Lead Counsel for Dan Anghel

-5-

-6-

| | |
|---|---|
| DATED: September 30, 2011 | **ALSTON & BIRD LLP**<br><br>_/s/ Todd R. David_<br>TODD R. DAVID<br>Georgia Bar No. 206526<br>JOHN A. JORDAK, JR.<br>Georgia Bar No. 404250<br>TODD F. CHATHAM<br>Georgia Bar No. 196328<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309<br>Tel: 404-881-7000<br>Fax: 404-253-8358<br><br>Counsel for Defendants |

LEGAL02/32872258v4