FILED IN CHAMBERS
U.S.D.C. Atlanta

OCT 1 4 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DAN ANGHEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EBIX, INC., ROBIN RAINA, and ROBERT KERRIS,<br><br>Defendants. | Civil Action No. 1:11-cv-02400-RWS |

### [PROPOSED] ORDER APPOINTING DAN ANGHEL AS LEAD PLAITNIFF AND APPROVING HIS SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL FOR THE CLASS

AND NOW THIS __14th__ day of __October__, 2011, having considered the Motion of Dan Anghel for Appointment as Lead Plaintiff and for Approval of His Selection of Lead Counsel and Liaison Counsel, the Memorandum of Law in support thereof, and good cause appearing therefore, the Court hereby ORDERS as follows:

1. The Motion is GRANTED;

2. The Court, having considered the provisions of §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), hereby appoints Dan Anghel as Lead Plaintiff; and

3. Lead Plaintiff's selection of Lead Counsel is approved. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Faruqi & Faruqi, LLP is appointed Lead Counsel for the Class and Holzer, Holzer & Fistel, LLC is appointed Liaison Counsel for the Class.

IT IS SO ORDERED.

_____
HONORABLE RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

Copies to: all counsel of record