

FILED IN CHAMBERS
U.S.D.C. Atlanta

OCT 19 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DAN ANGHEL, individually and on Behalf of All others similarly situated,<br><br>                Plaintiff,<br>v.<br><br>EBIX, INC., ROBIN RAINA, and ROBERT KERRIS,<br><br>Defendants. | Civil Action No. 1:11-cv-02400-RWS |
| JAMES MATESSINO, individually and on Behalf of All others similarly situated,<br><br>                Plaintiff,<br>v.<br><br>EBIX, INC., ROBIN RAINA, and ROBERT KERRIS,<br><br>Defendants. | Civil Action No. 1:11-cv-03269-RWS |

### [~~PROPOSED~~] ORDER CONSOLIDATING RELATED ACTIONS PURSUANT TO FED. R. CIV. P. 42(a)

The above-styled cases are before the Court for consideration of Lead Plaintiff Dan Anghel's Unopposed Motion for Consolidation of Related Actions Pursuant to Fed. R. Civ. P. 42(a). After consideration of this Motion, the Court enters the following Order.

1. The Motion is **GRANTED**.

2. Based on the Court's review of the Complaints in the actions listed above, the lawsuits involve identical questions of law and fact, and consolidating these actions will avoid unnecessary waste of judicial resources and additional costs and delay to the parties. Accordingly, the following related actions are hereby consolidated for all purposes pursuant to Fed. R. Civ. P. 42(a):

- *Dan Anghel v. Ebix, Inc., et al.*, Civil Action No. 1:11-CV-02400-RWS, filed July 21, 2011; and

- *James Matessino v. Ebix, Inc., et al.*, Civil Action No. 1:11-CV-03269-RWS, transferred to this Court on September 19, 2011.

3. The caption of these consolidated actions shall be "In re: Ebix, Inc. Securities Litigation" and the files of these consolidated actions shall be maintained in one file under Master File No. 1:11-CV-02400-RWS (the "Consolidated Action"). Any other actions now pending or later filed in this District which arise out of or are related to the same facts as alleged in the above-

identified cases shall, until further order of this Court, be consolidated for all purposes, pursuant to Fed. R. Civ. P. 42(a), into the Consolidated Action, if and when they are brought to the Court's attention.

4.  All pleadings filed in the Consolidated Action, or in any separate action included herein, shall be filed in the Master File and shall bear the following caption:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EBIX, INC. ) | CIVIL ACTION NO. |
| SECURITIES LITIGATION ) | 1:11-CV-02400-RWS |
| ) | |

SO ORDERED this 19th day of October, 2011.

_____
THE HON. RICHARD W. STORY
UNITED STATES DISTRICT JUDGE