UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| IN RE: EBIX, INC.<br>SECURITIES LITIGATION | CIVIL ACTION NO.<br>1:11-CV-02400-RWS |

### DEFENDANTS' MOTION TO DISMISS
### CONSOLIDATED AMENDED COMPLAINT

Pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. §§ 78u-4, *et seq.*, and Fed. R. Civ. P. 12(b)(6), Defendants Ebix, Inc., Robin Raina, and Robert Kerris hereby move to dismiss the Consolidated Amended Complaint ("CAC") (dkt. # 22) for the reasons set forth in the accompanying Memorandum of Law.

WHEREFORE, Defendants respectfully request that their Motion to Dismiss be granted and the CAC be dismissed with prejudice.

Respectfully submitted, this 12th day of January, 2012.

ALSTON + BIRD LLP

/s/ Todd R. David
Todd R. David
Georgia Bar No. 206526
John A. Jordak, Jr.
Georgia Bar No. 404250
Todd F. Chatham
Georgia Bar No. 196328

- 2 -

        1201 West Peachtree Street
        Atlanta, Georgia  30309
        T:     (404) 881-7000
        F:     (404) 253-8358
        Counsel for Defendants