IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAN ANGHEL and JAMES MATESSINO, | : |
| Plaintiffs, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 1:11-CV-2400-RWS |
| EBIX, INC., et al, | : |
| Defendants. | : |

## ORDER

On October 11, 2011 and November 30, 2011, plaintiff's attorney Patrick Dahlstrom and Marc Gross, were sent letters regarding Local Rule 83.1. To date, Mr. Dahlstrom and Mr. Gross have failed to comply with LR 83.1 requirements for admission to this Court. Therefore, Mr. Patrick Dahlstrom and Mr. Marc Gross, shall be removed as counsel of record in the above case.

It is so ORDERED, this 2nd day of February, 2012.

_____
Richard W. Story
Judge, United States District Court