# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: EBIX INC. SECURITIES LITIGATION | Master File No. 1:11-CV-02400-RWS |

## LEAD PLAINTIFF'S NOTICE OF MOTION
## FOR PRELIMINARY APPROVAL OF SETTLEMENT

Court-appointed Lead Plaintiff, Dan Anghel, on behalf of himself and the putative Class, respectfully move the Court, at a date and time to be set by the Court, for an order preliminarily approving the proposed settlement of the above-captioned securities class action lawsuit (the "Action") for a total of $6,500,000 in cash that, if approved, will resolve all claims in the Action, approving the form and manner of providing notice of the Settlement to the Class, certifying the Class, and setting a hearing date for final approval of the Settlement, approval of the proposed Plan of Allocation, and Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses and payment of Lead Plaintiff's incentive award.

This Motion is based upon the accompanying Memorandum of Law in Support of Lead Plaintiff's Motion for Preliminary Approval of Settlement and Certification of Class for Settlement, the Stipulation and Agreement of Settlement

1

(Exhibit 1 to the Memorandum of Law) and all related exhibits.

Attached hereto as Exhibit A is the proposed Order Preliminarily Approving Proposed Settlement and Providing for Notice and its exhibits.

Dated: January 27, 2014					Respectfully submitted,

**HOLZER & HOLZER, LLC**
/s/ *Marshall P. Dees*
Corey D. Holzer
Georgia Bar Number: 364698
Marshall P. Dees
Georgia Bar Number: 105776
200 Ashford Center North, Suite 300
Atlanta, Georgia  30338
Telephone: 770-392-0090
Facsimile: 770-392-0029

**FARUQI & FARUQI, LLP**
Richard Gonnello
369 Lexington Avenue, 10th Floor
New York, New York 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331

*Attorneys for Lead Plaintiff*

## CERTIFICATE OF SERVICE AND TYPE

Pursuant to Local Rule 7.1(D), the undersigned counsel for Dan Anghel hereby certifies that the foregoing Lead Plaintiff's Notice of Motion for Preliminary Approval of Settlement has been prepared with a font size and point selection (Times New Roman, 14 pt.) which was approved by the Court, and that on this 27th day of January, 2014, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record who have appeared in this matter.

/s/ Marshall Dees
MARSHALL DEES