# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| In re: EBIX INC. SECURITIES LITIGATION | Master File No. 1:11-CV-02400-RWS |
|---|---|

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION AND CERTFICATION OF THE SETTLEMENT CLASS

Pursuant to the Order Preliminarily Approving Settlement and Providing for Notice, dated February 3, 2014, Court-appointed Lead Plaintiff, Dan Anghel, on behalf of himself and the putative Class, respectfully moves the Court, at a date and time set by the Court, pursuant to Rules 23(b) and 23(h) of the Federal Rules of Civil Procedure for an order finally approving the proposed settlement of the above-captioned securities class action lawsuit (the "Action") that will resolve all claims in the Action, approving the proposed plan for the allocation of the net proceeds of the proposed settlement, and certifying the proposed settlement Class.

This Motion is based upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Final Approval of the Class Action Settlement and Plan of Allocation and Certification of the Settlement Class; the Declaration of Nadeem Faruqi in Support of the Motions for Final Approval of the Class Action

Settlement and an Award of Attorneys' Fees, with annexed exhibits; the complete files and records in the Action; and such oral argument as the Court may consider. Attached hereto as Exhibit A is the proposed Final Order and Judgment Approving the Class Action Settlement and Plan of Allocation and Certifying the Settlement Class.

Dated: April 22, 2014                    Respectfully submitted,

**HOLZER & HOLZER, LLC**

<u>/s/ Corey D. Holzer</u>
Corey D. Holzer
Georgia Bar Number: 364698
Marshall P. Dees
Georgia Bar Number: 105776
1200 Ashwood Parkway, Suite 410
Atlanta, Georgia  30338
Telephone: 770-392-0090
Facsimile: 770-392-0029

**FARUQI & FARUQI, LLP**
Richard Gonnello
369 Lexington Avenue, 10th Floor
New York, New York 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331

*Attorneys for Lead Plaintiff*

## <u>CERTIFICATE OF SERVICE AND TYPE</u>

Pursuant to Local Rule 7.1(D), the undersigned counsel for Dan Anghel hereby certifies that the foregoing Plaintiff's Motion for Final Approval of the Class Action Settlement and Plan of Allocation and Certification of the Settlement Class has been prepared with a font size and point selection (Times New Roman, 14 pt.) which was approved by the Court, and that on this 22nd day of April, 2014, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record who have appeared in this matter.

/s/ Corey D. Holzer
COREY D. HOLZER