UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: EBIX INC. SECURITIES LITIGATION | Master File No. 1:11-CV-02400-RWS |

**LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, AN INCENTIVE AWARD, AND REIMBURSEMENT OF EXPENSES**

Pursuant to the Order Preliminarily Approving Settlement and Providing for Notice, dated February 3, 2014, Court-appointed Lead and Liaison Counsel, Faruqi & Faruqi, LLP and Holzer & Holzer, LLC, for Lead Plaintiff Dan Anghel, respectfully move the Court, at a date and time set by the Court, pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure for an award of attorneys' fees, an incentive award for Plaintiff, and reimbursement of litigation expenses incurred in connection with the above-captioned securities class action lawsuit (the "Action") to be paid out of the gross Settlement Fund established by the settlement of the Action.

This Motion is based upon the accompanying Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees, an Incentive Award, and Reimbursement of Expenses; the Declaration of Nadeem Faruqi in

1

Support of the Motions for Final Approval of the Class Action Settlement and an Award of Attorneys' Fees, with annexed exhibits; the complete files and records in the Action; and such oral argument as the Court may consider.  Attached hereto as Exhibit A is the proposed Final Order and Judgment Awarding Attorneys' Fees, an Incentive Award, and Reimbursement of Expenses.

Dated: April 22, 2014　　　　　　　Respectfully submitted,

**HOLZER & HOLZER, LLC**

/s/ Corey D. Holzer
Corey D. Holzer
Georgia Bar Number: 364698
Marshall P. Dees
Georgia Bar Number: 105776
1200 Ashwood Parkway, Suite 410
Atlanta, Georgia  30338
Telephone: 770-392-0090
Facsimile: 770-392-0029

**FARUQI & FARUQI, LLP**
Richard Gonnello
369 Lexington Avenue, 10th Floor
New York, New York 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331

*Attorneys for Lead Plaintiff*

## CERTIFICATE OF SERVICE AND TYPE

Pursuant to Local Rule 7.1(D), the undersigned counsel for Dan Anghel hereby certifies that the foregoing Lead Counsel's Motion for an Award of Attorneys' Fees, an Incentive Award, and Reimbursement of Expenses has been prepared with a font size and point selection (Times New Roman, 14 pt.) which was approved by the Court, and that on this 22nd day of April, 2014, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record who have appeared in this matter.

/s/ Corey D. Holzer
COREY D. HOLZER